IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY SCHROPPEL, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:23-CV-2123-X |
| VANDERBILT MORTGAGE & FINANCE, INC., | § § § | (Consolidated with: No. 3:23-CV-2552-X) |
| *Defendant.* | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 45). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 11th day of June, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1