IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY SCHROPPEL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2123-X |
| | § | |
| VANDERBILT MORTGAGE & | § | (Consolidated with: |
| FINANCE, INC., | § | No. 3:23-CV-2552-X) |
| | § | |
| *Defendant.* | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Jeremy Schroppel's motion for summary judgment in his favor (Doc. 39) is **DENIED**, Defendant Vanderbilt Mortgage & Finance, Inc.'s motion to dismiss the third amended complaint (Doc. 26) is **GRANTED**, and this lawsuit is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 11th day of June, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE